# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOLANA UNIT-OWNERS' ASSOCIATION, ) <br> INC. and ALESSI & KOENIG, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-01976-JCM-GWF <br><br> **ORDER** |

On July 1, 2014, the parties submitted a Stipulation and Order to Stay and Hold Case in Abeyance Pending Performance Under the Settlement Agreement (#23) in which they represented that they had reached a tentative settlement agreement and requested that this action be stayed so that the settlement agreement could be finalized. On July 2, 2014, the Court granted a 30 day stay of the discovery plan and scheduling order to allow the parties to finalize the settlement. The Court subsequently held status conferences in this case on August 4, 2014, September 4, 2014, and September 29, 2014. Although the Court has been repeatedly assured that the parties have reached a settlement and were waiting only for the Plaintiff's officer to approve the written settlement agreement and order of dismissal, to date no confirmation of the settlement agreement has been provided to the Court. Accordingly,

**IT IS HEREBY ORDERED** that the parties file the Joint Pretrial Order on or before **October 27, 2014.**

. . .

. . .

. . .

. . .

      **IT IS FURTHER ORDERED** that failure to file the Joint Pretrial Order as directed will result in a recommendation that this action be dismissed for want of prosecution.

      DATED this 16th day of October, 2014.

                                  */s/ George Foley Jr.*
                                 GEORGE FOLEY, JR.
                                 United States Magistrate Judge