1

2

3

4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6

7   CITIMORTGAGE, INC.,                          )
                                                 )
8                    Plaintiff,                  )   Case No. 2:13-cv-01976-JCM-GWF
                                                 )
9   vs.                                          )   **ORDER**
                                                 )
10  SOLANA UNIT-OWNERS' ASSOCIATION,             )
    INC. and ALESSI & KOENIG, LLC,               )
11                                               )
                     Defendants.                 )
12  _____  )

13          On July 1, 2014, the parties submitted a Stipulation and Order to Stay and Hold Case in

14  Abeyance Pending Performance Under the Settlement Agreement (#23) in which they represented

15  that they had reached a tentative settlement agreement and requested that this action be stayed so

16  that the settlement agreement could be finalized.  On July 2, 2014, the Court granted a 30 day stay

17  of the discovery plan and scheduling order to allow the parties to finalize the settlement.  The Court

18  subsequently held status conferences in this case on August 4, 2014, September 4, 2014, and

19  September 29, 2014.  Although the Court has been repeatedly assured that the parties have reached

20  a settlement and were waiting only for the Plaintiff's officer to approve the written settlement

21  agreement and order of dismissal, to date no confirmation of the settlement agreement has been

22  provided to the Court.  The Court lifted the stay in this matter on September 22, 2014.

23  Accordingly,

24          **IT IS HEREBY ORDERED** that the deadline to file dispositive motions is **November 17,**

25  **2014.**

26  . . .

27  . . .

28  . . .

1    **IT IS FURTHER ORDERED** that the deadline to file the Joint Pretrial Order is

2   **December 17, 2014.**   In the event dispositive motions are filed, the date for filing the joint pretrial

3   order shall be suspended until 30 days after a decision of the dispositive motions.

4       DATED this 16th day of October, 2014.

5

6                                                                       _____
                                          GEORGE FOLEY, JR.

7                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28